IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of:<br><br>WBW, LLC,<br><br>　　　　Debtor. | Case No.: 03-02387 |
| DELANEY AND COMPANY, INC., a Montana corporation, and KEN LECLAIR,<br><br>　　　　Plaintiffs,<br><br>Vs.<br><br>WBW, LLC,<br><br>　　　　Defendant. | Adversary Case No.: 06-6001<br><br>**ORDER OF DISMISSAL OF ADVERSARY ACTION WITH PREJUDICE** |
| WBW, LLC,<br><br>　　　　Third Party Plaintiff,<br><br>Vs.<br><br>SUNRISE DEVELOPMENT, L.L.C., a Montana limited liability company, and VIRGIL JAHNKE, an individual,<br><br>　　　　Third Party Defendants. | |

　　　Based upon the Stipulation of the parties, and good cause appearing,

　　　IT IS NOW THEREFORE ORDERED that the above-referenced adversary action

ORDER OF DISMISSAL OF ADVERSARY ACTION WITH PREJUDICE  - 1

be and is dismissed, **WITH PREJUDICE**. Each party shall bear its own respective costs,

expenses, and attorneys' fees.

// end of text //

    DATED:  November 27, 2007



    TERRY L. MYERS
    CHIEF U. S. BANKRUPTCY JUDGE

Submitted by Kimbell D. Gourley on behalf of the stipulated parties